

*Court Of Appeals*

*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★      ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00413-CV

**IN RE CAMPBELL RANCH, LLC,** William S. **WALKER,** William L. **DAWKINS, Jr.,**
Robert **SCHULTE,** and Lee **HUBBARD**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:         Karen Angelini, Justice
                 Rebecca Simmons, Justice
                 Marialyn Barnard, Justice

Delivered and Filed: July 28, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On May 27, 2010, relators filed a petition for writ of mandamus. The court has considered relators' petition for writ of mandamus and real party in interest's response, and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2007CVF001760D3, styled *Dancy, LLC vs. Campbell Ranch LLC, et al.*, in the 341st Judicial District Court, Webb County, Texas, the Honorable Elma T. Salinas Ender presiding.